UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EZRA J. SCOTT,<br><br>                Plaintiff,<br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br>                Defendant. | No. 2:17-cv-01018-MJP<br><br>ORDER |

IT IS HEREBY ORDERED that Plaintiff is awarded $4,793.84 in attorney fees pursuant to the Equal Access to Justice Act, 28. U.S.C. § 2412 and $459.56 in costs pursuant to 28 U.S.C. § 1920. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 560 U.S. 586 (2010), payment of this award shall be made to Francisco Rodriguez and mailed to him at P.O. Box 31844, Seattle, WA 98103.

DONE this _13th_ day of __December__, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

ORDER (2:17-cv-01018-MJP) - 1

| | |
|---|---|
| 1 | |
| 2 | Presented By: |
| 3 | s/ FRANCISCO RODRIGUEZ<br>Francisco Rodriguez, WSBA #22881 |
| 4 | Attorney for Plaintiff<br>P.O. Box 31844 |
| 5 | Seattle, WA 98103<br>Phone: (206) 414-8894 |
| 6 | Fax: (206) 629-8975 |
| 7 | Email: tr@titorodriguez.com |

ORDER (2:17-cv-01018-MJP) - 2